IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 2 6 2006
J T. NOBLIN, CLERK
BY_____ DEPUTY

DANIEL LACEY AND KATHRYN LACEY                             PLAINTIFFS

v.                                                         NO. 3:04cv646LN

GLASS EMPORIUM
d/b/a GLASS MASTERS                                        DEFENDANT

## AGREED ORDER

THIS CAUSE having come on this day on the joint motion of the Separate Defendant, Tony Hakimian, and Plaintiffs, to dismiss this action against the Separate Defendant, Tony Hakimian, without prejudice, and to include and identify Glass Emporium of Marin, Inc., as the correct party Defendant in this action. The Court, having been advised by the parties of the joint agreement of dismissal of the Separate Defendant, Tony Hakimain, without prejudice, and the substitution hereto of Glass Emporium of Marin, Inc. as the correct party Defendant, hereby is of the opinion and finds that the motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the claims asserted against the Separate Defendant, Tony Hakimian, are dismissed, without prejudice, and that Glass Emporium of Marin, Inc., is substituted as the correct party Defendant in this action.

ORDERED AND ADJUDGED, this the 25th day of Jan_____, 2006.

_____
Honorable, Alfred G. Nicols, Jr.
U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM:

_____
Heber S. Simmons, Esq., Attorney for Plaintiffs

_____
Donna M. Meehan, Esq., Attorney for Defendant