**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DANIEL LACEY and KATHRYN LACEY**                                                          **PLAINTIFFS**

**VS.**                                                                              **CIVIL ACTION NO. 3:04CV646N**

**TONY HAKIMIAN and GLASS
EMPORIUM, d/b/a Glass Masters**                                                              **DEFENDANTS**

## AMENDMENT TO MEMORANDUM OPINION AND ORDER

This matter came before the court on the suggestion of defense counsel that an interest rate on the judgment awarded to the Plaintiff should be set by the court. Having reviewed the suggestion of counsel for the Defendant that the rate should be set at 6%, and noting that the Plaintiffs' attorney does not contest that rate, the court finds that 6% is an appropriate rate for the interest awarded to the Plaintiffs.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiffs, Daniel and Kathryn Lacey, are entitled to recover from the Defendant, Glass Emporium, doing business as Glass Masters, prejudgment interest at the rate of 6% from the date of the Complaint to this date in the sum of $1,364.00, and postjudgment interest at rate of 6% per annum until paid. A separate Judgment will be entered in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED AND ADJUDGED, this the 17th day of February, 2006.

                                                                                   S/Alfred G. Nicols, Jr.
                                                     UNITED STATES MAGISTRATE JUDGE