**IN THE UNITED STATES DISTRICT COURT,**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DANIEL LACEY AND KATHRYN LACEY**                                    **PLAINTIFFS**

**VS.**                                                        **CIVIL ACTION NO.: 3:04CV646LN**

**GLASS EMPORIUM. d/b/a GLASS MASTERS**                               **DEFENDANTS**

## FINAL JUDGMENT

This cause having come on for a bench trial, before the Honorable Alfred G. Nicols, Jr., after hearing and considering the evidence and testimony submitted and the arguments of counsel, having returned a verdict in favor of the Plaintiffs, Daniel and Kathryn Lacey, in the amount of $41,340.00, against the Defendant Glass Emporium of Marin, Inc.

IT IS, THEREFORE ORDERED AND ADJUDGED that Daniel and Kathryn Lacey have and recover judgement against Glass Emporium of Marin, Inc., in the amount of $41,340.00, plus pre judgment interest at 6% in the amount of $1,364.00 and post judgment interest at a rate of 6% per annum until paid, with this Order entered as the Final Judgment in this cause.

SO ORDERED, ADJUDGED AND DECREED this the 17th day of February, 2006.

            S/Alfred G. Nicols, Jr.
            UNITED STATES MAGISTRATE JUDGE

Submitted by:

WILLIAM M. ROSAMOND (MSB #101717)
COUNSEL FOR PLAINTIFFS